**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7600**

_____

JEFFREY MAURICE YOUNG-BEY,

               Plaintiff – Appellant,

     v.

DAVID R. BLUMBERG, Chairman; RUTH OGLE, Project Manager,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:10-cv-02448-JFM)

_____

Submitted:  May 30, 2013            Decided:  June 4, 2013

_____

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey Maurice Young-Bey, Appellant Pro Se. Susan Howe Baron,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Maurice Young-Bey appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Young-Bey v. Blumberg</u>, No. 1:10-cv-02448-JFM (D. Md. Aug. 25 & Oct. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2